JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WILLIE J. CAUSEY, JR.<br><br>Plaintiff,<br><br>v.<br><br>SUN WEST MORTGAGE COMPANY, INC. and LAKEVIEW LOAN SERVICING, LLC<br><br>Defendants. | Case No.<br>EDCV 15-2399 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motions for Summary Judgment by Defendants Sun West Mortgage Company, Inc. ("Sun West") and Lakeview Loan Servicing, LLC ("Lakeview") are GRANTED. Plaintiff Willie J. Causey, Jr.'s First Amended Complaint against Defendants Sun West and Lakeview is DISMISSED.

Judgment is entered in favor of Defendants Sun West and Lakeview.

Dated: March 29, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge